UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| GERMAINE PAGE, | ) |
|     Plaintiff | ) |
| v. | )    2:21-CV-00367-LEW |
| CHRISTOPHER WILLIAMS, | ) |
|     Defendant | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On February 17, 2022, the United States Magistrate Judge filed with the court, with copies to Plaintiff his Recommended Decision on Plaintiff's Complaint. The time within which to file objections expired on March 28, 2022, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's complaint is DISMISSED for lack of jurisdiction.

**SO ORDERED.**

Dated this 26th day of April, 2022.

                                                        /s/ Lance E. Walker
                                          UNITED STATES DISTRICT JUDGE